# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL SANCHEZ-GONZALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01325-LJO-SAB (PC)<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT FOR LACK OF SIGNATURE<br><br>[ECF No. 14] |

Plaintiff Emanuel Sanchez-Gonzales is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff declined United States magistrate judge jurisdiction; therefore this matter was referred to the undersigned pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On July 11, 2016, Plaintiff filed a second amended complaint. However, Plaintiff did not sign the second amended complaint under penalty of perjury. All filings submitted to the Court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, Plaintiff's second amended complaint must be stricken from the record as deficient, and Plaintiff will be required to file a second amended complaint with an original signature under penalty of perjury in order for the case to proceed.

///

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's second amended complaint, filed on July 11, 2016, is stricken from the record for lack of signature;

2. The Clerk of Court is directed to send Plaintiff a blank civil rights complaint form;

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file a second amended complaint complete with an original signature; and

4. Failure to comply with this order will result in dismissal of the action.  Local Rule 110.

IT IS SO ORDERED.

Dated:   **July 12, 2016**

UNITED STATES MAGISTRATE JUDGE

2